

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD MONEY SMITH,
   a.k.a. Richard Michael Smith,

    Defendant.
_____/

Case: 3:21-cr-20205
Judge: Cleland, Robert H.
MJ: Patti, Anthony P.
Filed: 03-24-2021 At 12:43 PM
INDI USA V RICHARD MONEY SMITH (LG)

18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm)*

On or about January 27, 2021, in the Eastern District of Michigan, Southern Division, Defendant RICHARD MONEY SMITH, also known as Richard Michael Smith, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, did knowingly and unlawfully possess a firearm, to wit, one DPMS Panther Arms, Model A-15, caliber .223, semi-automatic rifle, said firearm having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION

*(18 U.S.C. § 924(d) and 28 U.S.C. § 2461)*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant RICHARD MONEY SMITH, also known as Richard Michael Smith, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearm or ammunition involved in the offense, including but not limited to: one DPMS Panther Arms, Model A-15, caliber .223, semi-automatic rifle, SN: DNWC049728; one 100-round magazine containing 50 rounds of ammunition; and one 50-round Magazine containing 47 rounds of ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

MATTHEW ROTH
Chief, Major Crimes Unit

*s/Gjon Juncaj*
GJON JUNCAJ (P63256)
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-0209
E-mail: gjon.juncaj@usdoj.gov

Dated: March 24, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No     AUSA's Initials: | |

**Case Title:** USA v. Richard Money Smith

**County where offense occurred:** Oakland

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 21-mj-30085]

### Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

**Reason:** _____

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

3/24/2021
Date

Gjon Juncaj
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
gjon.juncaj@usdoj.gov
(313) 226-0209
Bar #: P63256

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.