UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Criminal No. 21-cr-20205

                              Hon. Robert H. Cleland

RICHARD MONEY SMITH,
  a.k.a. Richard Michael Smith,

    Defendant.

_____/

## **DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT**

I, Richard Money Smith, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One:  Up to 10 Years in prison and $250,000 fine.

                                                _/s/_ with consent
                                                Richard Money Smith
                                                Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Daniel S. Dena
Counsel for Defendant

Dated: 3/26/2021